UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| Richard Timm, and Susan Timm, | ) | Chapter 13 |
| (Debtors) | ) | 09-43463-399 |
| | ) | |
| | ) | **Mtn. 49** |

**ORDER**

    This Court, having considered Debtors' Motion to Set Aside Wage Order, has determined that Debtors are entitled to the Relief requested in their Motion. Debtors' employer, Schnucks Markets, is hereby ordered to cease withholding from Debtor Susan Timm's pay the amount of $132.00 weekly.

    IT IS ORDERED that Debtors' Motion to Set Aside Wage Order is **GRANTED**.

DATED: January 11, 2011  
St. Louis, Missouri                                        Barry S. Schermer  
lat                                                   Chief United States Bankruptcy Judge

Order prepared by:  
Douglas M. Heagler  
901 Booneslick Rd.  
St. Charles, MO  63301

Copies Sent to:  
    John V. LaBarge, Jr.          Schnucks Market  
    Chapter 13 Trustee           Attn: Payroll (Attn: Elizabeth Fuse)  
    P.O. Box 430908             11420 Lackland Rd  
    St. Louis, MO  63143         St. Louis, MO  63146

Richard Timm and Susan Timm
34 Silver Court
Troy, MO  63379